IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN RE: | * |
| | * |
| TRACEY J. FIRMIN xxx-xx-6456 | * Case No. 17-10091 |
| REBECCA A. FIRMIN xxx-xx-7375 | * Chapter 13 |
| 311 W. DREW | * |
| KIRBYVILLE, TX 75956 | * |

Debtors

TRUSTEE'S RESPONSE TO DEBTOR(S)' MOTION TO MODIFY

__x__ Objection by Trustee.
____ Comment by Trustee.

ATTORNEY FOR DEBTOR(S): STEVEN S. PACKARD
TRUSTEE: John J. Talton
BASED UPON MODIFICATION FILED ON: 3/29/18

I. Budget Information:
    A. Monthly Income      $10388.60
    B. Monthly Expenses      $4128.06
    C. Difference      $6260.54
    D. Date Budget Filed      3/29/18

II Analysis of Modification:

    A. Due Date for first payment:      3/11/2017

    B. Status of Plan Payments under Modification:
    __x__ 1. Debtor is current under Modification
    _____ 2. Debtor is delinquent under the Modification in the amount of $_____ as of _____ with the next plan payment being due on _____.

    C. Last payment received from Debtor posted by Trustee: 4/16/2018

    D. Date of last confirmed Plan: 5/16/2017

    E. Attorney's Fee Disclosure:
    _____ 1. Amended or Supplemental 2016b Attorney Compensation Statement filed requesting fee for the Modification in the amount of: $_____.

---

[1] The use of the singular term "Debtor" in this Trustee's Confirmation Report includes both debtors when the case has been initiated by the filing of a joint petition by spouses.

   __x__  2. No Amended or Supplemental 2016b Attorney Compensation Statement has been filed.

F. Purpose of Motion to Modify:
- __x__ To reconcile the Plan with allowed claims pursuant to the TRCC;
- ___ To increase the amount of payments required under the Plan;
- ___ To reduce the amount of payments required under the Plan;
- ___ To provide for an allowed claim omitted from treatment under the Plan;
- ___ To extend the time for making payments required under the Plan;
- ___ To reduce the time for making payments required under the Plan;
- ___ To surrender collateral pursuant to Section 3.6;
- ___ To cease further plan disbursements to a particular claimant;
- ___ To cure a delinquency in the plan payments caused by _____;
- ___ To increase the amount of retained income tax refunds authorized under Section 2.4 for following reason:_____;
- ___ To seek approval of an additional award of attorney's fees to the Debtor's attorney;
- ___ Other: _____;
- ___ To add a nonstandard provision to Part 8 of the Plan.

**III.** **Monthly plan payments to be made under the Motion to Modify:**

| Amount | Number of Payments | Total to be Paid |
|---|---|---|
| $3947 | 2 | $7894 |
| $3950 | 1 | $3950 |
| $4050 | 57 | $230850 |

**IV.** **Total Plan Base and Amount available to Creditors:**

| Total Plan Base under Modification | $242,694 |
|---|---|
| Less Trustee Fees | $24,269.40 |
| Net Amount to Creditors | $218,424.60 |

**V.** **Claims being paid by Trustee pursuant to the previous Confirmation Order/Modification Order and the proposed changes in this Motion to Modify:**

| Creditor | Plan Section Modified | Previous Principal | Change Per Modification | Int. Rate | Monthly Payment | Estimated Total Paid |
|---|---|---|---|---|---|---|
| STEVEN S. PACKARDPACKARD LAPRAY 1240 ORLEANS STBEAUMONT, TX 77701 | n/a | $3387 | n/a | 0% | Pro-Rata | $3,387 |
| STEVEN S. PACKARDPACKARD | n/a | $500 | n/a | 0% | Pro-Rata | $500 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LAPRAY 1240 ORLEANS STBEAUMONT, TX 77701 | | Stay work | | | | |
| JASPER COUNTY P O DRAWER 1970 JASPER, TX 75951 | n/a | $1311.49 | n/a | 12% | $137.73 | $1,357.15 |
| HARLEY-DAVIDSON CREDIT CORP. BOX 15129 PALATINE, IL 60055 | 3.4 | $5,465.62 | n/a | 5% | $205.15 | $5,805.55 |
| MODEL FINANCE CO.C O CAPITAL RECOVERY GROUP BIN# 920074, PO BOX 29425PHOENIX, AZ 85038 | 3.4 | $1193.51 | n/a | 5% | $43.73 | $1,269.64 |
| REGIONAL ACCEPTANCE CORPORATIONBANKRUPTCY SECTION/ 100-50-01-51 PO BOX 1847WILSON, NC 27894 | 3.4 | $10437.50 | $19744.34 | 5% | $595.19 | $21,426.96 |
| SKOPOS FINANCIAL LLCP.O. BOX 1640 COPPELL, TX 75019 | 3.4 | $9900 | $24453.95 | 5% | $739.82 | $26,633.52 |
| MARTIN MOTORS 5110 COLLEGE ST. BEAUMONT, TX 77707 | n/a | $17068 | n/a | 5% | $643.18 | $18,125.15 |
| MARTIN MOTORS 5110 COLLEGE ST. BEAUMONT, TX 77707 | n/a | $14029 | n/a | 5% | $528.66 | $14,897.92 |
| MARTIN MOTORS 5110 COLLEGE ST. BEAUMONT, TX 77707 | n/a | $2084.38 | n/a | 5% | $78.55 | $2,213.48 |
| AARON SALES & LEASE1015 COBB PLACE BOULEVARD ATLANTA, GA 30156 | n/a | $200 | n/a | 5% | $13.16 | $207.04 |
| RGM RENTALS, LLCPO BOX 1840 CENTER, TX 75935 | n/a | $2160.16 | n/a | 5% | $81.41 | $2,293.94 |
| FIRST NATIONAL BANK OF AMERICAP.O. BOX 980 EAST LANSING, MI 48826 | n/a | $27070.92 | n/a | 5.75% | $911.43 | $29,272 |

**VI. New claims being paid by Trustee pursuant to pending Modification that was not otherwise provided for in previous Confirmation Order**:

| Creditor | Added to Plan Section | New Principal | Int. Rate | Monthly Payment | Estimated Total Paid |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**VII. Projected Amount to Unsecured Creditors and percentage to be paid**:

| Projected Amount to Unsecured Creditors | $91,035.25 |
|---|---|
| Total Unsecured Creditors (less priority) | $88,377.05 x 5%=$100,067.04 |
| Projected Dividend to Unsecured Creditors | 91% |

**VIII. The Trustee makes the following recommendations concerning the Modification:**

\_\_\_The Modification should be approved.

_x\_\_Trustee objects to the proposed Modifications for the following reason(s):

\_\_\_ 1.  Term of the modification is less than the Applicable Commitment Period.

\_\_\_ 2.  Debtor has insufficient disposable income to fund the proposed modifications for the following reason(s):

   \_\_\_Per budget.

   \_\_\_Unemployment income and/or other income as listed on Schedule I will or has ended.

   \_\_\_Inability to live within budget and make post-petition mortgage payments (or other direct payments) and/or plan payments under previous Confirmation Order.

   \_\_\_Other:

_x\_\_ 3. Debtor has failed to dedicate all of their projected disposable income to be received in the applicable commitment period for the following reason(s):

   \_\_\_Per budget.

   \_\_\_Term of plan is less than the Applicable Commitment Period and such fails to provide for payment in full of all of the unsecured creditors, including interest.
   _x\_\_Failed to dedicate tax refunds.  **Need her 2016 tax return and any refund that may be due and 2017 tax return for both and any refund that may be due.**
   \_\_\_Failed to dedicate income from new job and/or other sources that are not otherwise disclosed.
   \_\_\_Other:

___ 4.  Debtor has not filed an amended budget pursuant to the Court's Local Rules which prevents a determination of whether Debtor will be able to make all of the plan payments under the Modification.

_x_ 5.  Debtor has not provided new pay advices or other evidence of current income which prevents the Trustee from confirming the amount of the Debtor's current income.

___ 6.  Debtor has failed to file with the Court proper certification that all post-petition payments are being made direct by the Debtor as provided for in the confirmed Plan as modified in the Motion to Modify.

_x_ 7.  Modification appears to be underfunded. **To pay 100% plus 5% to unsecured creditors.**

___ 8.  Modification fails to provide for or fully provide for the priority claim(s) and/or proposes to overpay the priority claim(s) of the following claimants:

_x_ 9.  Modification fails to provide for or fully provide for the secured claim(s) and/or proposes to overpay the secured claim(s) of the following claimants: **Jasper Co. has been paid in full plus interest.**

___ 10.  Modification proposes to pay the following claimant(s) that do not otherwise hold an allowed claim filed in this case:

_x_ 11.  Modification proposes to continue to pay the following claimant(s) where previous disbursements made to said claimant(s) have been returned to the Trustee for the reason as stated: **Model Finance co.—refused, unable to forward.**

___ 12.  Modification proposes to pay interest to the following unsecured claim(s) and/or unsecured portions of secured claims which discriminates against other unsecured creditors:

___ 13.  Debtor is not current on the Debtor's plan payments under the terms of the proposed Modification.

___ 14.  Modification appears to be infeasible in that the Debtor has a poor payment record with no indication how the Debtor will be able to make future payments under the Modification.

_x_ 15.  Attorney's fees require approval by the Court. **Attorney is requesting fees for stay litigation work, however, there is no fee certification on file.**

_x_ 16.  Other: **1.) Modification fails to specify how plan payments are to be made.**

**2.) Motion indicates the following claims are being modified, however there appears to be no change in the claim's treatment: Harley Davidson Financial and Model Finance Co.**

                Respectfully submitted,

                JOHN J. TALTON
                CHAPTER 13 TRUSTEE

                /s/ John J. Talton
                John J. Talton, SBN 19629700
                Lloyd T. Kraus, SBN 24066773
                110 N. College #1200
                Tyler, Texas 75702
                (903) 593-7777, Fax (903) 597-1313

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document has been served upon the following parties in interest by mailing a copy of same to them via first class mail or electronically on 4/23/18:

STEVEN S. PACKARD
PACKARD LAPRAY
1240 ORLEANS ST
BEAUMONT, TX 77701

TRACEY J. FIRMIN
REBECCA A. FIRMIN
311 W. DREW
KIRBYVILLE, TX 75956

                /s/John J. Talton
                  John J. Talton